**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Ti'a Joseph*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TI'A JOSEPH, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ELITE MEDICAL CENTER, LLC, a Domestic Limited-Liability Company;<br><br>Defendant. | Case No.: 2:22-CV-00703-JAD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE EARLY NEUTRAL EVALUATION (ECF NO. 9)**<br><br>**(First Request)** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff TI'A JOSEPH ("Plaintiff") and Defendant ELITE MEDICAL CENTER, LLC ("Defendant"), by and through their counsel of record, hereby stipulate and agree to request that the court reschedule the **August 15, 2022, Early Neutral Evaluation.**

Plaintiff's counsel, which is a small firm of only two attorneys, is currently preparing for a two-week long trial in the United States District Court, District of Nevada, Case No.2:17-cv-00880-JCM-VCF, which is on stack and very likely to go on August 8, 2022.  Additionally, the head paralegal at Plaintiff's firm has been on maternity leave since April 20, 2022 and one of the two attorneys for Plaintiff's counsel as well as the office manager were just recently out with Covid for multiple days.  As a result, Plaintiff's firm has been significantly hindered in its ability to devote adequate time to prepare for the ENE and attend the ENE as Plaintiff's counsel will very likely be in trial during the currently scheduled date.  This Stipulation is made in good faith and is not intended for purposes of delay.

…

The parties offer the following alternative dates for the court's consideration:

1. Wednesday, August 24, 2022
2. Thursday, August 25, 2022
3. Friday, August 26, 2022
4. Wednesday, August 31, 2022 (preferred)
5. Thursday, September 1, 2022 (preferred)

IT IS HEREBY STIPULATED AND AGREED that all parties are requesting to reschedule the August 15, 2022 ENE to one of the above dates.

DATED this 19th day of July 2022

/s/ Cory M. Ford
**LAGOMARSINO LAW**
Andre M. Lagomarsino, Esq. (#6711)
Cory M. Ford, Esq. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff Ti'a Joseph*

DATED this 19th day of July 2022

/s/ Crane M. Pomerantz
**CLARK HILL PLLC**
Crane M. Pomerantz (#14103)
Nicholas M. Wieczorek (#6170)
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 697-7545
*Attorneys for Defendant Elite Medical Center, LLC*

## ORDER

IT IS SO ORDERED.  The Early Neutral Evaluation scheduled for August 15, 2022 is **VACATED** and **RESET** for **Wednesday, August 24, 2022 at 10:00 a.m.** via video conference.  IT IS FURTHER ORDERED that the confidential evaluation statements are due by Noon on **Wednesday, August 17, 2022.**  All other provisions of the Court's Order (ECF No. 9) remain in effect.

DATED: July 21, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE