**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Ti'a Joseph*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TI'A JOSEPH, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ELITE MEDICAL CENTER, LLC, a Domestic Limited-Liability Company;<br><br>Defendant. | Case No.: 2:22-CV-00703-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 31 |

Plaintiff TI'A JOSEPH ("Plaintiff") and Defendant ELITE MEDICAL CENTER, LLC ("Defendant"), by and through their counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

…

…

…

…

…

…

…

…

…

…

…

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

DATED this 27th day of September 2022

DATED this 27th day of September 2022

/s/ Cory M. Ford
**LAGOMARSINO LAW**
Andre M. Lagomarsino, Esq. (#6711)
Cory M. Ford, Esq. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff Ti'a Joseph*

/s/ Crane M. Pomerantz
**CLARK HILL PLLC**
Crane M. Pomerantz (#14103)
Nicholas M. Wieczorek (#6170)
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 697-7545
*Attorneys for Defendant Elite Medical Center, LLC*

**ORDER**

Based on the parties' stipulation [ECF No. 31] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 30, 2022